UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KB INSURANCE CO., LTD., a Korean Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>TIC INTERNATIONAL SERVICES, INC., a California corporation, *et al.*<br><br>  Defendants. | Case No. 5:15-CV-02567-SVW-KK<br>Assigned to the Hon. Stephen V. Wilson<br><br>**ORDER RE JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION**<br><br>JS-6 |
| And related Counterclaim | |

Having considered the parties' Joint Stipulation Re Dismissal of Entire Action;

IT IS HEREBY ORDERED that, for good cause having been shown:

This action is hereby dismissed in its entirety, with prejudice. Each party is to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 26, 2017

_____
Honorable Stephen V. Wilson
United States District Judge

1

[PROPOSED] ORDER

[PROPOSED] ORDER